**Order entered November 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00958-CV

### IN THE INTEREST OF I.L.S., A CHILD

### On Appeal from the 255th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-09-7655

## ORDER

We **REINSTATE** this appeal.

On September 26, 2013, the Court ordered the trial court to conduct a hearing regarding appellant's alleged errors and/or omissions from the reporter's record. The trial court conducted a hearing and filed her findings and a reporter's record from the hearing. The trial court found three errors in the record and a corrected reporter's record has been filed with the Court.

Before the Court are the following motions filed by appellant: (1) September 23, 2013 motion requesting copies of the original and supplemental records; and (2) October 17, 2013 motion requesting that the Clerk of this Court serve all papers issued by the Court on five persons designated by appellant.

We **GRANT** appellant's motion requesting copies of the records to the following extent:

We **DIRECT** the Clerk of this Court to send appellant a paper copy of the following records:

1. clerk's record filed on August 1, 2013;

2. supplemental clerk's record filed on August 27, 2013;

3. supplemental clerk's record filed on September 9, 2013;

4. volumes one through five of the reporter's record filed on July 19, 2013; and

5. volume one of the supplemental reporter's record of the final trial held on April 9, 2013 that was filed with this Court on October 25, 2013.

With regard to appellant's request for service of papers in this cause, we note that the Court is sending copies of correspondence to Annette Littleton, Scott Henson, and Shawn Williams. We **DENY** appellant's motion with regard to D. Smith Sims & Associates, LLP and Monica Moorehead.

Appellant shall file his brief on or before **DECEMBER 16, 2013**.

/s/     DAVID LEWIS
          JUSTICE